# Exhibit 3

**VEDDERPRICE**

VEDDER PRICE P.C.
222 NORTH LASALLE STREET
CHICAGO, ILLINOIS 60601
312-609-7500
FAX: 312-609-5005

DAVID E. BENNETT
312-609-7714
dbennett@vedderprice.com

CHICAGO • NEW YORK CITY • WASHINGTON, D.C.

September 3, 2008

**VIA REGISTERED MAIL**

Dean Luca Krause, Esq.
General Counsel
Meyer Corporation, U.S.
One Meyer Plaza
Vallejo, CA 94590

    Re:    <u>Infringement of PI Design's United States Design Patent No. D 486,989 S</u>

Dear Mr. Krause:

    We are the attorneys for Bodum USA, Inc. ("Bodum") and PI Design AG ("PI Design"). As I am sure you are aware, Bodum is a leading seller in the United States of distinctive specialty housewares products, including Bodum's distinctive teapots.

    Our clients have requested that we contact you regarding Meyer's infringement of United States Design Patent No. D 486,989 S by the promotion, marketing and sale of BonJour's "Round Teapot," product number 53840. A photograph of this product is attached hereto.

1.    <u>PI Design's United States Design Patent No. D 486,989 S</u>

    1.1    PI Design is the owner of United States Design Patent Number D 486,989 S with respect to an ornamental design for a teapot as shown in the patent and has the exclusive right to sell products utilizing this design in the United States. Bodum is the exclusive licensee for this Design Patent in the United States.

2.    <u>Infringement of PI Design's United States Design Patent No. D 486,989 S</u>

    2.1    It has come to Bodum's and PI Design's attention that Meyer has been selling a teapot product that does not differ substantially from, and is confusingly similar to, Bodum's teapot, which is protected by Design Patent No. D 486,989 S.

    2.2    Accordingly, Meyer's sale of its Round Teapot infringes upon PI Design's United States Design Patent No. D 486,989 S.

VEDDERPRICE

Dean Luca Krause, Esq.
September 3, 2008
Page 2


3. <u>Actions Sought</u>

    3.1    In view of these circumstances, Bodum and PI Design demand that Meyer enter into an agreement that provides for the following:

    (a)    Meyer immediately cease and refrain from importing, promoting, selling, and distributing its Round Teapot, and any other product infringing the patent in the United States;

    (b)    Meyer immediately recall all stocks of the infringing products that it has sold;

    (c)    Meyer provide the following information to us:

    (i)    a copy of any importation invoices or documents relating to the importation of the infringing product, indicating the name and contact information of the importer of the product;

    (ii)    the name and address of the factory (or factories) that manufactures the infringing product, as well as the name and address of Meyer's contact person at each such manufacturer;

    (iii)    the total number of Meyer's Round Teapot products that have been imported into the United States;

    (iv)    the total number of Meyer's Round Teapot products held in stock by Meyer;

    (v)    the total number of infringing products that have been sold in the United States by Meyer; and

    (vi)    a full and complete list of the customers to whom Meyer has sold the infringing products, including the number of units sold as well as the price and profit margin for each customer.

    (d)    Meyer will account to Bodum and PI Design for any profit made in relation to any infringing product.

Please contact the undersigned within ten (10) days from the date of this letter to provide appropriate assurance that all sales and promotional activities have ceased and that Meyer will comply with Bodum and PI Design's demands. If we do not receive a satisfactory response from

VEDDERPRICE

Dean Luca Krause, Esq.
September 3, 2008
Page 3

you, Bodum and PI Design will have no choice but to take all appropriate action to stop such activity.

    In the meantime, our Client's rights are fully reserved.

Sincerely yours,

David E. Bennett

DEB/ls
Attachment

