1  Matthew P. Vafidis (SBN: 103578)
   HOLLAND & KNIGHT LLP
2  50 California Street, Suite 2800
   San Francisco, CA 94111
3  Phone: (415) 743-6950
   Fax:     (415) 743-6910
4  matthew.vafidis@hklaw.com

5  Attorneys for Plaintiffs
   MEYER CORPORATION, U.S.
6
   David E. Bennett
7  VEDDER PRICE P.C.
   222 North Lasalle St.
8  Chicago, IL  60601
   Phone: (312) 609-7500
9  Fax:     (312) 609-5005
   dbennett@vedderprice.com
10
   Attorneys for Defendants
11 BODUM, Inc. d/b/a BODUM U.S.A., Inc.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEYER CORPORATION, US, a corporation, | Case No. 2:08-CV-02202 |
| Plaintiff, | |
| vs. | **JUDGMENT** |
| BODUM, Inc., a corporation, doing business as BODUM U.S.A., Inc.; and PI DESIGN AG, a foreign corporation, | **(Pursuant to Stipulation)** |
| | **Complaint Filed:** September 16, 2008 |
| Defendants. | |

Pursuant to the Stipulation as to Entry of Judgment between PLAINTIFF  MEYER CORPORATION, U.S. ("MEYER") and Defendants BODUM, Inc. d/b/a BODUM U.S.A., Inc. ("BODUM") and PI DESIGN AG ("PI") filed in this matter,

**IT IS HEREBY ORDERED** that judgment be entered as follows:

1. BODUM and PI, and each of them, shall discontinue and not pursue its or their respective claims against MEYER in respect of alleged infringement of Design Patent No. USD486,989 S and the issues that are the subject of this action, as set forth in the Complaint herein ("the Claims".)  BODUM and PI, and each of them, shall not commence any action in any court against MEYER with respect to the Claims.

2. MEYER shall discontinue and not pursue its claims against BODUM and PI, or either of them, in respect of the Claims.  MEYER shall not commence any action in any court against BODUM and PI, or either of them, with respect to the Claims.

3. This Judgment is stipulated to by the parties and is not entered pursuant to any monetary settlement between MEYER, BODUM and PI, or any of them.  No license has been granted by BODUM and/or PI to MEYER with respect to the above-specified Design Patent.

4. This action shall be dismissed with prejudice.

5. Each party to bear its own attorneys' fees and costs.

IT IS SO ORDERED.

DATED:   November 24, 2008

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

# 5831663_v1